```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION
```

TIMOTHY HAROLD MOORHEAD,          *

    Plaintiff,                 *

vs.                               *

                                        CASE NO. 3:12-CV-130 (CDL)

CAROLYN W. COLVIN, Commissioner   *
of Social Security,
                                       *

    Defendant.
                                       *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 25, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge that this case be REMANDED to the Commissioner of Social Security for further administrative action.

IT IS SO ORDERED, this 7th day of November, 2013.

                                                  s/Clay D. Land
                                                      CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE